# EXHIBIT A

US00D510378S

(12) **United States Design Patent**    (10) Patent No.:    **US D510,378 S**
Dondero et al.    (45) Date of Patent:    ** **Oct. 4, 2005**

(54) **GOGGLES**

(75) Inventors: **John Dondero**, Ketchum, ID (US); **David Muskovitz**, Park City, UT (US)

(73) Assignee: **Eye Safety Systems, Inc.,** Sun Valley, ID (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/180,534**

(22) Filed: **Apr. 24, 2003**

(51) **LOC (8) Cl.** .................................................. **16-16**
(52) **U.S. Cl.** ...................................................... **D16/312**
(58) **Field of Search** ........................ D16/101, 300–330; D29/109–110; D24/110.2; 351/41, 44, 51, 52, 158; 2/424, 426, 430, 436, 437, 447

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D407,735 S | * | 4/1999 | Arnette | .................. | D16/312 |
| D408,431 S | * | 4/1999 | Simioni | .................. | D16/312 |
| 5,915,541 A | * | 6/1999 | Beltrani | .................. | 2/430 |
| 6,009,564 A | * | 1/2000 | Tackles et al. | .................. | 2/436 |
| D439,596 S | * | 3/2001 | Bolle | .................. | D16/312 |
| D478,926 S | * | 8/2003 | Moritz et al. | .................. | D16/312 |

OTHER PUBLICATIONS

Skiing , p. 158, Sep. 1986.*
Sales brochure, Gentex Corporation, Gentex EPS–21, prior to Apr. 24, 2003.
Sales brochure, Bollé, Inc., Practical Eyewear, Prior to Apr. 24, 2003.

* cited by examiner

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Graybeal Jackson Haley LLP

(57) **CLAIM**

The ornamental design for goggles, as shown and described.

**DESCRIPTION**

FIG. 1 is an isometric view of the goggles; the strap illustrated in broken line is for illustrative purposes only and forms no part of the claimed design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof, the opposite side being symmetrical;
FIG. 4 is a first side elevational view thereof;
FIG. 5 is a second side elevational view thereof;
FIG. 6 is a bottom plan view thereof; and,
FIG. 7 is a top plan view thereof.

1 Claim, 2 Drawing Sheets





Fig. 1

Fig. 2

Fig. 3




Fig. 4                Fig. 5



Fig. 6



Fig. 7