# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EYE SAFETY SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>REVISION MILITARY LTD., a Delaware corporation.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 1:11-cv-636-BLW<br><br>**ORDER GRANTING JOINT MOTION TO AMEND THE CASE MANAGEMENT ORDER** |

Timely application having been made and compelling good cause having been shown pursuant to Dist. Idaho Loc. Civ. R. 6.1 and the Case Management Order [D.I. 34],

NOW THEREFORE IT IS HEREBY ORDERED that the motion to amend CMO (docket no. 45) is GRANTED as follows:

| Event | Previous Date | New Date |
| --- | --- | --- |
| Close of Fact Discovery | 9/7/2012 | 10/2/2012 (for currently noticed depositions only, all other fact discovery to be completed by 9/7/2012) |
| Initial expert reports | 9/14/2012 | 10/15/2012 |
| Rebuttal expert reports | 10/12/2012 | 11/14/2012 |
| Close of expert discovery | 11/16/2012 | 12/7/2012 |
| Dispositive motion deadline | 12/7/2012 | 12/21/2012 |

DATED: September 3, 2012

_____
B. Lynn Winmill
Chief Judge United States District Court

Order Granting Joint Motion To Amend The Case Management Order

1