UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| EYE SAFETY SYSTEMS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>v.<br><br>REVISION MILITARY LTD., a Delaware corporation,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIM | No. 1:11-cv-00636-BLW<br><br>**ORDER GRANTING MOTION TO AMEND THE CASE MANAGEMENT ORDER PENDING FINALIZATION OF SETTLEMENT** |
|---|---|

The Court having considered the parties' Joint Motion to Amend the Case Management Order Pending Finalization of Settlement, and for good cause shown, hereby GRANTS the parties' Joint Motion.

NOW THEREFORE, IT IS HEREBY ORDERED that the Motion to Amend the Case Management Order Pending Finalization of Settlement is GRANTED as follows:

| Event | Current Date | New Date |
|---|---|---|
| Rebuttal expert reports | 11/14/2012 | 2/4/2013 |
| Close of expert discovery | 12/7/2012 | 2/25/2013 |
| Dispositive motion deadline | 12/21/2012 | 3/4/2013 |

**[PROPOSED] ORDER GRANTING MOTION TO AMEND THE CASE MANAGEMENT ORDER PENDING FINALIZATION OF SETTLEMENT - 2**



DATED: December 10, 2012

_____
B. Lynn Winmill
Chief Judge
United States District Court

**[PROPOSED] ORDER GRANTING MOTION TO AMEND THE CASE
MANAGEMENT ORDER PENDING FINALIZATION OF SETTLEMENT - 2**