| | |
|---|---|
| Peter M. Midgley, ISB No. 6913 | Steven B. Andersen |
| pmidgley@parsonsbehle.com | sandersen@hollandhart.com |
| John N. Zarian, ISB No. 7390 | Tracy J. Crane, ISB No. 6830 |
| jzarian@parsonsbehle.com | tcrane@hollandhart.com |
| PARSONS BEHLE & LATIMER | HOLLAND & HART LLP |
| 960 Broadway Avenue, Suite 250 | 101 South Capitol Boulevard, Suite 1400 |
| Boise, ID 83706 | P.O. Box 2527 |
| Ph: (208) 562-4900   Fax: (208) 562-4901 | Boise, ID 83701-2527 |
| | Tel.: 208.342.5000   Fax: 208.343.8869 |
| Michael K. Friedland (pro hac vice) | Allen S. Rugg (pro hac vice) |
| michael.friedland@kmob.com | arugg@wolfgreenfield.com |
| Paul N. Conover (pro hac vice) | John L. Strand (pro hac vice) |
| paul.conover@kmob.com | jstrand@wolfgreenfield.com |
| Ali S. Razai (pro hac vice) | Jason M. Honeyman (pro hac vice) |
| ali.razai@kmob.com | jhoneyman@wolfgreenfield.com |
| Bridget A. Smith (pro hac vice) | Eric Kaviar (pro hac vice) |
| Bridget.smith@kmob.com | ekaviar@wolfgreenfield.com |
| KNOBBE, MARTENS, OLSON & BEAR, LLP | WOLF, GREENFIELD & SACKS, P.C. |
| 2040 Main Street, 14th Floor | 600 Atlantic Avenue |
| Irvine, CA 92614 | Boston, MA 02210 |
| Ph: (949) 760-0404   Fax: (949) 760-9502 | Tel.: 617.646.8000   Fax: 617.646.8646 |
| Attorneys for Plaintiff Eye Safety Systems, Inc. | Attorneys for Defendant Revision Military Ltd. |

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| EYE SAFETY SYSTEMS, INC., a Delaware corporation, | ) Case No. 11cv636-BLW ) |
| Plaintiff, | ) **JOINT MOTION TO DISMISS WITH** ) **PREJUDICE [F.R.C.P. 41 (a)(1)(A)(ii)]** ) |
| v. | ) ) |
| REVISION MILITARY LTD., a Delaware corporation. | ) ) ) |
| Defendant. | ) ) |
| AND RELATED COUNTERCLAIM | ) ) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff/Counterdefendant Eye Safety Systems, Inc. (ESS), and Defendant/Counterclaimant Revision Military Ltd. ("Revision") jointly move to dismiss with prejudice all claims, counterclaims, and defenses currently pending in the instant action.

This joint motion is submitted pursuant to the terms of a Confidential Settlement Agreement between ESS and Revision ("Agreement"). ESS and Revision have agreed to bear their own costs and attorneys' fees. The Court shall retain jurisdiction over this matter to enforce compliance with this Agreement.

Respectfully submitted,

Dated: January 3, 2013              By: /s/ Ali S. Razai
                                        Peter M. Midgley
                                        John N. Zarian
                                    PARSONS BEHLE & LATIMER

                                        Michael K. Friedland (Pro Hac Vice)
                                        Paul N. Conover (Pro Hac Vice)
                                        Ali S. Razai (Pro Hac Vice)
                                        Bridget A. Smith (Pro Hac Vice)
                                    KNOBBE, MARTENS, OLSON & BEAR, LLP

                                    Attorneys for Plaintiff EYE SAFETY SYSTEMS, INC.

Dated: January 3, 2013              By: /s/ Allen S. Rugg (with permission)
                                        Jason M. Honeyman, (Pro Hac Vice)
                                        Allen S. Rugg, (Pro Hac Vice)
                                        John Strand, (Pro Hac Vice)
                                        Eric Kaviar (Pro Hac Vice)
                                    WOLF GREENFIELD & SACKS, P.C.

                                        Tracy Jack Crane
                                        Steven B. Andersen
                                    HOLLAND & HART

                                    Attorneys for Defendant REVISION MILITARY LTD.

**JOINT MOTION TO DISMISS WITH PREJUDICE**
- 1 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 3, 2013, I caused to be filed the foregoing **JOINT MOTION TO DISMISS WITH PREJUDICE [F.R.C.P. 41(a)(1)(A)(ii]** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Attorneys for Defendant and Counterclaimant Revision Military Ltd.:

Steven B. Andersen
sandersen@hollandhart.com

Tracy Jack Crane
tcrane@hollandhart.com

Allen Rugg
arugg@wolfgreenfield.com

Jason M. Honeyman
jhoneyman@wolfgreenfield.com

John L. Strand
jstrand@wolfgreenfield.com

Eric Kaviar
ekaviar@wolfgreenfield.com

       /s/ Ali S. Razai
Ali S. Razai
Knobbe, Martens, Olson & Bear, LLP
Attorney for Eye Safety Systems, Inc.

14243552
103012